THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Hobart Parker Drake, Jr., Appellant.
 
 
 

Appeal From Sumter County
  Thomas W. Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-508
 Submitted September 2, 2008  Filed
September 5, 2008    

APPEAL DISMISSED

 
 
 
 Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Senior Assistant Attorney General William Edgar
 Salter, III, Assistant Deputy Attorney General Donald J. Zelenka, all  of
 Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM: Hobart Parker Drake, Jr. appeals his convictions
 for car jacking, armed robbery, and murder. On
 appeal, Drake contends the trial court erred in admitting a knife into
 evidence.  After a thorough
 review of the record, counsels brief, and Drakes pro se brief
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT,
THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.